| | |
|---|---|
| DOUGLAS A. LINDE, State Bar No. 217584 | (SPACE BELOW FOR FILING STAMP ONLY) |
| ERICA L. ALLEN, State Bar. No. 234922 | |
| The Linde Law Firm | |
| 9000 Sunset Blvd., Suite 1025 | |
| Los Angeles, CA 90069 | MD JS-6 |
| (310) 203-9333 | |
| (310) 203-9233 FAX | |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTILE SECRETS INTERNATIONAL, INC. <br><br>    Plaintiff, <br><br> vs. <br><br> FIESTA FABRIC; MORRIS AJNASSIANl; ELIYAHO AJNASSIAN; EBRAHIM AJNASSIAN; GOLD VALUE INTERNATIONAL TEXTILE, INC. and DOES 1 through 10, inclusive. <br><br>    Defendants. | Case No.: CV06-4903-VBF (AJWx) <br> Complaint Filed: August 7, 2006 <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** <br><br> **[FRCP 41(a)(2)]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

   **PLEASE TAKE NOTICE** that pursuant to Plaintiff's Request, this action is DISMISSED, in its entirety, against all parties, with prejudice, pursuant to FRCP 41(a)(2).

**IT IS SO ORDERED.**

DATE:  April 14, 2008

*Valerie Baker Fairbank*
———————————————
Hon. Valerie Baker Fairbank
United States District Judge